IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 11.16 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:18-CV-00009-NKM |
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 0.09 ACRE, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:18-CV-00014-NKM |
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 6.71 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:17-CV-00016-NKM |

1

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 8.67 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:18-CV-00018-NKM |
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 4.63 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:18-CV-00019-NKM |
| ATLANTIC COAST PIPELINE, LLC, *Plaintiff* v. 0.17 ACRE, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, *Defendants.* | Case No. 5:18-CV-00013-NKM |

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> 1.77 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.,* <br><br> *Defendants.* | Case No. 5:18-CV-00010-NKM |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> 2.86 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.,* <br><br> *Defendants.* | Case No. 5:18-CV-00026-NKM |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> 0.81 ACRE, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.,* <br><br> *Defendants.* | Case No. 5:18-CV-00029-NKM |
| ATLANTIC COAST PIPELINE, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> 7.44 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.,* | Case No. 5:18-CV-00030-NKM |

|  |  |
|---|---|
| *Defendants.* | |
| ATLANTIC COAST PIPELINE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>5.49 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*,<br><br>*Defendants.* | Case No. 5:18-CV-00031-NKM |
| ATLANTIC COAST PIPELINE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>27.85 ACRES, MORE OR LESS, IN BATH COUNTY, VIRGINIA, *et al.*,<br><br>*Defendants.* | Case No. 5:18-CV-00032-NKM |
| ATLANTIC COAST PIPELINE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>0.47 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*,<br><br>*Defendants.* | Case No. 5:18-CV-00034-NKM |

| ATLANTIC COAST PIPELINE, LLC, | |
|---|---|
| *Plaintiff* | |
| v. | Case No. 5:18-CV-00035-NKM |
| 1.72 ACRES, MORE OR LESS, IN AUGUSTA COUNTY, VIRGINIA, *et al.*, | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE FOR NOTICE OF ENTRY OF ORDER SCHEDULING THE HEARING ON PLAINTIFF'S MOTION FOR IMMEDIATE POSSESSION OF THE EASEMENTS AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

I HEREBY CERIFY that on the 16th day of February, 2018, a true and correct copy of the February 7, 2018 Order was served via United States mail, postage prepaid, to the parties listed below:

| 5:18cv00009-NKM |
|---|
| Stephen J. Clarke<br>WALDO & LYLE, P.C.<br>301 West Freemason Street<br>Norfolk, VA 23510<br>Phone: (757) 622-5812<br>Email: sjc@waldoandlyle.com<br>*Counsel for Defendants* |
| 5:18cv00014-NKM |
| Isak Howell<br>119 Norfolk Avenue, SW, Suite 330<br>Roanoke, VA 24011<br>Phone: (540) 998-7744<br>Email: isak@howell-lawoffice.com<br>*Counsel for Defendant* |
| 5:18cv00016-NKM |
| Stephen J. Clarke<br>WALDO & LYLE, P.C.<br>301 West Freemason Street<br>Norfolk, VA 23510<br>Phone: (757) 622-5812<br>Email: sjc@waldoandlyle.com<br>*Counsel for Defendants* |

5

| | |
|---|---|
| 5:18cv00018-NKM | |
| Scott D. Ballin, Successor Trustee<br>2158 Deerfield Valley Road<br>West Augusta, VA 24485 | |
| 5:18cv00019-NKM | |
| Isak Howell<br>119 Norfolk Avenue, SW, Suite 330<br>Roanoke, VA 24011<br>Phone: (540) 998-7744<br>Email: isak@howell-lawoffice.com<br>*Counsel for Defendant* | |
| 5:18cv00013-NKM | |
| Ravens Hollow Owners Association of Augusta, Inc.<br>701 Governors Way<br>Waynesboro, VA 22980 | |
| 5:18cv00010-NKM | |
| Sarah Anne Hudlow<br>200 Court Road<br>Waynesboro, VA 22980 | Ian J. Hudlow<br>200 Court Road<br>Waynesboro, VA 22980 |
| James A. Hudlow<br>747 Seneca Drive<br>Odenton, MD 21113 | Charlotte Rebecca Hudlow<br>747 Seneca Drive<br>Odenton, MD 21113 |
| 5:18cv00026-NKM | |
| Dylan Maxwell Chapman<br>1718 Howardsville Turnpike<br>Stuarts Draft, VA 24477 | |
| 5:18cv00029-NKM | |
| Lorraine J. Titus as Trustee of the Titus Family Trust<br>2677 Deerfield Valley Road<br>Deerfield, VA 24432 | |
| 5:18cv00030-NKM | |
| Frank J. Trunk, Jr.<br>17542 Wayside Drive<br>Dumfries, VA 22026 | Julie C. Trunk<br>17542 Wayside Drive<br>Dumfries, VA 22026 |
| 5:18cv00031-NKM | |
| Mary B. Wright<br>1890 Howardsville Turnpike<br>Stuarts Draft, VA 24477 | Brenda Nice<br>488 Howardsville Turnpike<br>Stuarts Draft, VA 24477 |
| Clinton D. Bridge<br>2321 Mt. Torrey Rd.<br>Lyndhurst, VA 22952 | Davis E. Campbell<br>413 Pelham Drive<br>Waynesboro, VA 22980 |

| | |
|---|---|
| Dorothy B. Phillips<br>570 S. May St., Unit 3<br>Southern Pines, NC 28387 | Esther B. Campbell<br>28 Rankin Lane<br>Stuarts Draft, VA 24477 |
| Glenwood Bridge a/k/a<br>Glenwood A. Bridge<br>1885 Howardsville Turnpike<br>Stuarts Draft, VA 24477 | Lynwood Bridge a/k/a<br>Lynwood B. Bridge<br>955 Findlay Mountain Rd.<br>Shipman, VA 22971 |
| Martha B. Ramsey<br>111 Ramsey's Farm Lane<br>Lyndhurst, VA 22952 | Helen Brydge Campbell<br>1308 Howardsville Turnpike<br>Stuarts Draft, VA 24477 |
| Naomi B. Campbell<br>1865 Howardsville Turnpike<br>Stuarts Draft, VA 24477 | Stacy Bridge<br>1808 Howardsville Turnpike<br>Stuarts Draft, VA 24477 |
| Galen H. Campbell<br>PO Box 21107 RPO McDonald Drive<br>St. Johns, Netherlands A1A 5B2 | Stephen N. Bridge<br>72 Hibernia Circle<br>Lyndhurst, VA 22952 |
| Twila J. Campbell a/k/a<br>Twilla Jean Truslow<br>640 Old Stoney Creek Rd.<br>Nellysford, VA 22958 | Wayne B. Campbell<br>188 Old Buckingham Rd.<br>Cumberland, VA 23040 |
| 5:18cv00032-NKM ||
| Isak Howell<br>119 Norfolk Avenue, SW, Suite 330<br>Roanoke, VA 24011<br>Phone: (540) 998-7744<br>Email: isak@howell-lawoffice.com<br>*Counsel for Defendant* ||
| 5:18cv00034-NKM ||
| Mary Elizabeth Ballin<br>2158 Deerfield Valley Road<br>West Augusta, Virginia 24485 ||
| 5:18cv00035-NKM ||
| Steven W. Guerrier<br>731 Deerfield Valley Road<br>West Augusta, VA 24485 | Nancy L. Guerrier<br>731 Deerfield Valley Road<br>West Augusta, VA 24485 |

Dated: February 16, 2018            Respectfully submitted,

**ATLANTIC COAST PIPELINE, LLC**
By Counsel

s/ Richard D. Holzheimer, Jr.
Richard D. Holzheimer, Jr. (VSB No. 40803)
John D. Wilburn (VSB No. 41141)
N. Patrick Lee (VSB No. 78735)
Kang He (VSB No. 89237)

7

**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
rholzheimer@mcguirewoods.com
jwilburn@mcguirewoods.com
plee@mcguirewoods.com
khe@mcguirewoods.com

Godfrey T. Pinn, Jr. (VSB No. 43106)
Stacy E. Lee (VSB No. 78737)
**HARRELL & CHAMBLISS LLP**
707 East Main Street, Suite 100
Richmond, Virginia 23219
Telephone: (804) 643-8401
Facsimile: (804) 648-2702
gpinn@hclawfirm.com
slee@hclawfirm.com

*Counsel for Atlantic Coast Pipeline, LLC*

99348052_1